IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO: _____

| | |
|---|---|
| Saturraab Herusaba and Nefera Herusaba, on behalf of themselves and their minor children, T.H., A.H., and T.S., <br><br> Plaintiffs, <br><br> v. <br><br> Hearts for the Invisible Charlotte Coalition, The Charlotte-Mecklenburg Continuum of Care; Mecklenburg County: Jessica Lefkowtiz, in her individual capacity; Jane/John Doe (aka "Torry"), in their individual capacity, <br><br> Defendants. | **NOTICE OF REMOVAL** |

NOW COMES the Defendant Hearts for the Invisible Charlotte Coalition and Jessican Lefkowitz ("HFTICC Related Defendants"), by and through their attorney, Elizabeth A. Martineau, and hereby provides Notice of Removal of the above civil action to this Court from the Mecklenburg County Superior Court Division, based upon Federal Question Jurisdiction (28 U.S.C. § 1331). In support of this Petition for Removal, the HFTICC Related Defendants state as follows:

1. There is a *pro se* pending action in the Superior Court of Mecklenburg County, North Carolina between the parties docketed as *Saturraab Herusaba and Nefera Herusaba, on behalf of themselves and their minor children, T.H., A.H., and T.S. v. Hearts for the Invisible Charlotte Coalition, The Charlotte-Mecklenburg Continuum of Care, Mecklenburg County, Jessica Lefkowitz, Jane/ John Doe*, 25CV068326-590 ("State Court Action"). A Copy of the Docket to date including the Summons and Complaint and its Exhibits, Affidavits of the Plaintiffs, Motion for Temporary Restraining Order and Motion for Preliminary Injunction, Affidavit of

Indigency, Motion for Emergency Hearing and Appointing Emergency Judge, Supplemental Exhibits, Amended Complaint, Motion to Amend Complaint to add Defendants, Supplemental Documentation, Order Denying TRO, various Notice of Intents, Motion to Compel, and Notice of Supplemental Evidence of Harassment from Atrium Health are attached hereto collectively as **Exhibit A**.

2. The Complaint in the State Court Action was filed on December 19, 2025. Defendant Hearts for the Invisible Charlotte Coalition and Jessica Lefkowitz, the HFTICC Related Defendants have never been properly served. Upon information and belief, the other named defendants have also not been properly served. Pursuant to 28 U.S.C. § 1446(b) a Notice of Removal must be filed within thirty (30) days of first service and thus is timely filed as service has not been perfected.

3. Plaintiffs' First Cause of Action asserts a federal claim for alleged violations of The Fair Housing Act, 42 U.S.C. § 3601, et seq. Plaintiffs also make claims that Defendants violated Title VI of the Civil Rights Act of 1964, as amended 1991, ("Title VI") 42 U.S.C.A. § 2000d, et seq and 24 C.F.R. § 576, as amended 2023, et seq.

4. As such, this Federal Court has original jurisdiction over these federal questions, pursuant to 28 U.S.C. § 1331.

5. Venue is proper because Mecklenburg County resides in this district.

6. The HFTICC Related Defendants are concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for Mecklenburg County Superior Court and is serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal.

7. This Notice of Removal will promptly be provided to Plaintiff and the Clerk of the Superior Court of Mecklenburg County, North Carolina pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted.

This 28th day of January 2026.

*/s/ Elizabeth A. Martineau*
Elizabeth A. Martineau
Federal ID Number: 11305
NC Bar #26394
Martineau King, PLLC
P.O. Box 241268
Charlotte, NC 28224
P: (704) 247-8524
F: (704) 247-8582
emartineau@martineauking.com
*Attorney for Defendants*

# CERTIFICATE OF SERVICE

   I, the undersigned, do hereby certify that I have mailed a copy of the Notice of Removal to the following pro se plaintiff and have also served the Notice of Removal via electronic mail as follows:

<u>Via First Class U.S. Mail and Electronic Mail</u>
Saturraab Herusaba
3205 Freedom Drive
Charlotte, NC 28208
*Pro Se Plaintiff*
s.herusaba42@gmail.com

   This the 28th day of January, 2026.

                */s/ Elizabeth A. Martineau*
                Elizabeth A. Martineau